UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVID SEGAL,

                                **ORDER,**
        Plaintiff,         CV 09-2356 (SJ)(VVP)

    - against -

CITY OF NEW YORK, et al.,

        Defendants.
------------------------------------------------------------------X

      An initial conference will be held in this case on **October 22, 2009** at **12:00 p.m.** before Viktor V. Pohorelsky, United States Magistrate Judge. All participants are directed to report to Courtroom 13A S of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present.

      All requests for adjournments must be made in writing on notice to opposing parties. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference. Requests must disclose whether or not all parties consent to the adjournment.

      The parties are reminded of their obligations under Rule 26(f) of The Federal Rules of Civil Procedure, and all parties are directed to make the disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure no later than *five days before* the above scheduled conference.

      **Failure to make the required disclosures may result in the imposition of sanctions pursuant to Rule 37(b) of the Federal Rules of Civil Procedure.**

                **SO ORDERED.**

                *Viktor V. Pohorelsky*
                VIKTOR V. POHORELSKY
                United States Magistrate Judge

Dated:  Brooklyn, New York
          September 29, 2009

**NOTE:**     **PLAINTIFF'S COUNSEL IS DIRECTED TO CONFIRM WITH ALL OTHER COUNSEL THAT ALL NECESSARY ADVERSARIES ARE AWARE OF THIS CONFERENCE.**